UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CROW LLC,<br><br>     Plaintiff<br><br>v.<br><br>EDGAR BAYEH, et al.,<br><br>     Defendants | Case No.: 2:24-cv-0629-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that defendant Edgar Bayeh's certificate of interested parties (ECF No. 14) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Edgar Bayeh's citizenship as required by the amendment to that rule.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by May 9, 2024.

    DATED this 26th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE