# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CROW LLC, | Case No.: 2:24-cv-00629-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| EDGAR BAYEH, et al., | |
| Defendants | |

In light of plaintiff Crow LLC's response to the order to show cause (ECF No. 12),

I ORDER that the order to show cause (ECF No. 12) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction at this time. However, plaintiff Crow LLC remains responsible for establishing that subject matter jurisdiction exists, and this order is without prejudice to the defendants moving to dismiss for lack of subject matter jurisdiction.

DATED this 2nd day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE