# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CROW LLC,

    Plaintiff

v.

EDGAR BAYEH, et al.,

    Defendants

Case No.: 2:24-cv-00629-APG-DJA

**Order**

    Defendant Edgar Bayeh filed a notice of bankruptcy informing the court that not only had he filed for bankruptcy in June 2024 (without advising this court), but he has also obtained a discharge. ECF No. 51.  Despite the matter having been in bankruptcy, Edgar Bayeh filed a motion to expunge the lis pendens, and his company, defendant Zilla Management LLC, filed a motion to dismiss on the same day Edgar Bayeh received a discharge. ECF Nos. 41, 49, 51-1.  It is unclear whether these filings violated the automatic bankruptcy stay, but that is not before me. In the notice of bankruptcy, Edgar Bayeh states that due to the bankruptcy discharge, plaintiff Crow LLC may no longer pursue the claims in this case against him. ECF No. 51 at 2.

    If Edgar Bayeh seeks to have the claims against him dismissed, then he must file a motion to dismiss that is supported by points and authorities, not a notice.  Further, any such motion must address whether the bankruptcy discharge applies to claims seeking declaratory relief, as Crow's complaint in this case does. *See* ECF No. 1 at 5.

    DATED this 19th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE