BARNEY C. ALES, LTD.
Barney C. Ales, Esq.
Nevada Bar No. 0127
Mailing Address:
PO Box 531662
Henderson, NV 89053
Office Address:
222 Guidance Ridge Court
Henderson, NV 89012
(702) 998-9576
Email: attorneyales@gmail.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CROW LLC, a foreign Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS BAYEH, an individual; EDGAR BAYEH, an individual; ZILLA MANAGEMENT LLC, a Domestic Limited-Liability Company; DOES 1-10; & ROES 1-10;<br><br>Defendants. | Case No.: 2:24-cv-00629- APG-DJA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS AGREED AND STIPULATED by and between Plaintiff, CROW, LLC, by and through its attorney, Philip J. Trenchak, Esq., of THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ., A PROF. CORP., and Defendants, THOMAS BAYEH, EDGAR BAYEH, and ZILLA MANAGEMENT, LLC, by and through their attorney, Barney C. Ales, Esq. of BARNEY C. ALES, LTD., that Plaintiff and Defendants (the "Parties") have reached a binding agreement that definitively resolves all claims between them; and accordingly, the Parties jointly

request that this action, in which no trial or hearing dates have been scheduled, be dismissed with prejudice, with each of the Parties to bear its own costs and fees.

WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing this action with prejudice.

DATED: December 19, 2024.

BARNEY C. ALES, LTD.

 /s/ *Barney C. Ales*
Barney C. Ales, Esq.
Nevada State Bar Number 127
222 Guidance Ridge Ct.
Henderson, NV  89012
Mailing Address:
P.O. Box 531662
Henderson, NV  89053
*Attorney for Defendants*

THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ.,
A PROF. CORP.
 /s/ *Philip J. Trenchak*
Philip J. Trenchak, Esq.
Nevada State Bar Number 9942
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED: December 23, 2024

2